IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAPID SLICER, LLC<br>　　　　　　　Plaintiff,<br><br>v.<br><br>ART-HOUSE STORE, *et al.*,<br>　　　　　　　Defendants. | Civil Action No.<br><br>19-411<br><br>(Judge Horan) |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, through undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant Lauraayerre Store with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendant has neither answered Plaintiff's Complaint nor filed a responsive pleading.  Accordingly, this Defendant may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

/

/

- 2 -

                                      Respectfully submitted,

Dated:  December 3, 2019        /s/ Brian Samuel Malkin
                                      Stanley D. Ference III
                                      Pa. ID No. 59899
                                      courts@ferencelaw.com

                                      Brian Samuel Malkin
                                      Pa. ID No. 70448
                                      bmalkin@ferencelaw.com

                                      FERENCE & ASSOCIATES LLC
                                      409 Broad Street
                                      Pittsburgh, Pennsylvania 15143
                                      (412) 741-8400 – Telephone
                                      (412) 741-9292 – Facsimile

                                      Attorneys for Plaintiff